# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# MOTIONS IN LIMINE HEARING

KENNETH ROZYCKI,
                Plaintiff,

v.

CITY OF CHAMPLIN, MATTHEW SMITH, and JEFF MARTIN,

                Defendants.

**COURT MINUTES**
Case Number: 15-589 (JRT/FLN)

| | |
|---|---|
| Date: | September 11, 2017 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 11:15 am |
| Time Concluded: | 12:11 pm |
| Time in Court: | 56 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    Plaintiff:      Andrew Irlbeck
    Defendants:  Jason Hiveley, Nathan Midolo

**Plaintiff's Motions in Limine/Objections [Docket Nos. 51, 52, 53, 54, 55, 56, 66]**

| | | |
|---|---|---|
| 51 - | Excluding any reference to any arrest beside that of Kenneth Rozycki | **GRANTED** |
| 52 - | Excluding any reference to any prior arrests or incidents involving any of the parties to this case prior to the day of the incident | **DENIED** |
| 53 - | Excluding any reference to alcohol consumption (and related medical records) other than on the day in question | **GRANTED IN PART** |
| 54 - | Excluding any reference to any state court criminal proceedings | **DENIED** |
| 55 - | Excluding any statements or testimony by the Lyden family | **DENIED** |
| 56 - | Excluding any reference to police interactions, arrests, or convictions outside the narrow scope of FRE 609 | **GRANTED** |
| 66 - | Objecting to admissibility of portions of Smith's squad video | **DEFERRED** |
| | Martin's squad video | **GRANTED** |
| | 9-1-1 call and transcript | **DENIED** |
| | and certain medical records | **GRANTED** |

**Defendants' Motion in Limine [Docket No. 42]**

| | | |
|---|---|---|
| | Excluding injury causation testimony | **DENIED** |

Trial is scheduled to begin on December 7, 2017 at 8:30am.

                                                        s/Heather Arent-Zachary
                                                        Courtroom Deputy Clerk