# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Kenneth Rozycki,

                Plaintiff,

v.

City of Champlin, Matthew Smith, and Jeff Martin,

                Defendants.

**COURT MINUTES**
Case Number: 15-589 (JRT/FLN)

| | |
|---|---|
| Date: | November 8, 2017 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 8:49 am |
| Time Concluded: | 6:35 pm |
| Time in Court: | 7 Hours & 39 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:     Andrew Irlbeck, Paul Applebaum
    For Defendant:   Jason Hiveley, Nathan Midolo

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☒ **JURY Trial - Ended**
- ☒ Plaintiff's witnesses:   Joseph Coffey, Kenneth Rozycki, Kayleigh Metheny, Sarah Barrett
- ☒ Defendant's witnesses:   Matthew Smith, Jeff Martin
- ☒ Plaintiff rests.   ☒ Defendant rests.
- ☒ Closing arguments.
- ☒ Jury received case at 6:30 pm.

IT IS ORDERED:

- ☒ Motion to dismiss for judgment as a matter of law (Docket No. 59) - GRANTED.

                                                                         s/Heather Arent-Zachary
                                                                          Courtroom Deputy Clerk