UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| KENNETH ROZYCKI, | Civil No. 15-589 (JRT/FLN) |
| Plaintiff, | |
| vs. | **ORDER FOR BRIEFING SCHEDULE** |
| CITY OF CHAMPLIN, et al, | |
| Defendants. | |

---

Andrew M. Irlbeck, **ANDREW IRLBECK, LAWYER, CHARTERED,** 100 South Fifth Street, Suite 2100, Minneapolis, MN 55402, Paul Applebaum, **APPLEBAUM LAW FIRM,** First National Bank Building, 332 Minnesota Street, Suite W1610, St Paul, MN 55101, for plaintiff.

Jason M. Hiveley, Nathan Midolo, **IVERSON REUVERS CONDON,** 9321 Ensign Avenue South, Bloomington, MN 55438, for defendants.

Plaintiff has filed an Amended Motion for Attorney's Fees and Costs [Docket No. 87].

Based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** the briefing schedule shall be as follows:

1. Plaintiff shall serve and file his memorandum of law and any other documents in support of his Motions for Attorney's Fees and Costs by Tuesday, December 12, 2017;

2. Defendants shall serve and file any documents in opposition within fourteen (14) days of Plaintiff's filings;

3. Plaintiff's reply brief shall be due within seven (7) days of Defendants' opposition filings.

Dated: November 22, 2017
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court